No. 97–5296.   PARHAM *v.* COCA-COLA CO.   C. A. 4th Cir.   Certiorari denied.   JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 96–1741.   HUCK, DERIVATIVELY ON BEHALF OF SEA AIR SHUTTLE CORP. *v.* DAWSON ET AL., 520 U. S. 1276;

No. 96–1825.   BODDIE *v.* UNITED STATES, 521 U. S. 1105;

No. 96–8295.   LOHSE *v.* CHATER, COMMISSIONER OF SOCIAL SECURITY, 520 U. S. 1217; and

No. 96–8715.   NELSON *v.* INTERNAL REVENUE SERVICE, 520 U. S. 1236.   Petitions for rehearing denied.

No. 96–8743.   BENNEY *v.* SHAW INDUSTRIES, INC., ET AL., 521 U. S. 1112.   Petition for rehearing denied.   JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

OCTOBER 8, 1997

No. 97–6214 (A–251).   IN RE GREEN.   Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.   Petition for writ of habeas corpus denied.

OCTOBER 14, 1997

No. 97–58.   DOHERTY, DIRECTOR, ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY *v.* PENNINGTON, INDIVIDUALLY AND ON BEHALF OF OTHER SIMILARLY SITUATED PERSONS.   C. A. 7th Cir.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of Pub. L. 105–33, 111 Stat. 251, Title V, Subtitle E, § 5401.

No. D–1822.   IN RE DISBARMENT OF CADE.   Disbarment entered.   [For earlier order herein, see 521 U. S. 1134.]

No. D–1825.   IN RE DISBARMENT OF HINES.   Disbarment entered.   [For earlier order herein, see 521 U. S. 1134.]

No. D–1827.   IN RE DISBARMENT OF TALLO.   Disbarment entered.   [For earlier order herein, see 521 U. S. 1134.]